IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| In RE: | Case No. 15-14204 |
| Kimberly V. Jackson<br>Samuel T. Jackson | Chapter 13 |
| | Hon. Jessica E. Price Smith |
| Debtors. | |

## NOTICE OF DEBTORS' MOTION TO INCUR DEBT TO PURCHASE VEHICLE

Notice is hereby given that Debtors have filed a Motion to Incur Debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

File with Court a written request by **November 1, 2017** for a hearing and written response setting forth the specific grounds for objection at:

Clerk of Courts
U.S. Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date above. The Court's mailing address is 201 Superior Avenue, Cleveland, Ohio 44114.

You must also mail a copy to:

DannLaw
PO Box 6031040
Cleveland, OH 44103

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting the relief requested.

Respectfully Submitted,

Date: October 11, 2017     /s/ Brian D. Flick
                           Brian D. Flick (0081605)
                           Marc E. Dann (0039425)

DannLaw
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 - fax
notices@dannlaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that October 11, 2017, a copy of the foregoing was filed electronically with the Clerk of the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system ("ECF"). Parties may access this filing through the Court's system.

US Trustee's Office at Trustee@Usdoj.Gov

Renee A. Bacchus for Creditor United States of America, IRS Renee.Bacchus@usdoj.gov, Susan.Lowe@usdoj.gov

Kerri N. Bruckner for Creditor Bank of America, NA at NOHBK@lsrlaw.com

Lauren A. Helbling, Standing Chapter 13 Trustee at ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

Hilary A. Hall for Creditor Elgin Furniture & Appliance hilaryahall@yahoo.com

Robert Glenn Knirsch for Afni, Inc. rgknirsch@sessions.legal, epark@sessions.legal

Dean R. Prober for Creditors Bank of America, N.A. and Carrington Mortgage Services, LLC cmartin@pralc.com.

And by regular US mail on:

Debtors and all Creditors in attached Matrix.

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DannLaw
Attorney for Debtors